1
2
3
4
5
6
7
8        **IN THE UNITED STATES DISTRICT COURT**
9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11    FRANTZ DAVIS,                          No. CIV S-07-2520-FCD-CMK-P
12              Plaintiff,
13        vs.                                     <u>ORDER</u>
14    JOE McGRATH, et al.,
15              Defendants.
16    _____/
17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant
18    to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time
19    (Doc. 6), filed on January 9, 2008.
20              On December 13, 2007, the court directed plaintiff to file a completed application
21    for leave to proceed in forma pauperis.  Plaintiff filed an incomplete application on December 26,
22    2007, indicating that he had requested the certified copy of his prison trust account, and he would
23    file it as soon as received.  Plaintiff now seeks a extension of the deadline to file his completed
24    application, due to a mix up by the prison.  Good cause appearing therefor, the request will be
25    granted.  Plaintiff is warned that failure to comply with the court's December 13, 2007, order
26    / / /

                                              1

within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for an extension of time is granted; and

2.      Plaintiff shall submit a certified copy of his prison trust account within 30 days of the date of this order.

DATED: January 10, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2