IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANTZ DAVIS, | No. CIV S-07-2520-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JOE McGRATH, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for additional time to return the documents necessary for service of process (Doc. 14), filed on May 21, 2008.

      On April 21, 2008, the court directed plaintiff to provide the documents necessary for service of process to the court within 30 days. Due to current prison conditions where plaintiff is being housed, he is in need of additional time to obtain the necessary copies of the documents. Good cause appearing therefor, his request will be granted. Plaintiff is warned that failure to comply with this order, within the time provided, may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110.

///

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.    Plaintiff's request for additional time is granted; and

3      2.    Plaintiff shall submit the completed Notice of Submission of Documents, one completed summons, three completed USM-285 forms and four copies of the endorsed complaint filed November 26, 2007, within 30 days of the date of this order.

DATED: May 27, 2008

                                                          /s/ Craig M. Kellison
                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE